C.  CAUSE(S) OF ACTION        3:23-cv-00147

CLAIM 1

The following civil rights have been violated: __N/A__

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

On April 7 2022. I Antonio mate thomos was Assaulted By Security at the peppermill Hotel Resort casino. I Had Been informed that I Had previosly Be truspassed from the property and that a check of their Reccord showed That I should not have Been on the property. I Have since then Done Researcn that state's. You are not able to use force on a person that Has Been truspassed untill their third time.

When i was approched By security, He stated that He was going to Detain me, and at that point I asked Him not put His Hands on me. He Reached out to try and grab my arm, and i pushed Him away and proceeded to try and leave Their establishment. After Running away i was confronted By another member of security who was not wearing proper attire, and That's When i was assulted

4

## CLAIM 2

The following civil rights have been violated: N/A

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

N/A


**CLAIM 3**

The following civil rights have been violated: _N/A_

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

N/A

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a) Defendants: _____ N/A _____

b) Name of court and case number: _____

c) The case was dismissed because it was found to be (circle one): (1) frivolous; (2) malicious; or (3) failed to state a claim upon which relief could be granted.

d) Issues raised: _____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a) Defendants: _____ N/A _____

b) Name of court and case number: _____

c) The case was dismissed because it was found to be (circle one): (1) frivolous; (2) malicious; or (3) failed to state a claim upon which relief could be granted.

d) Issues raised: _____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

8

1  On or about April 7-2022
2  I Antonio Mark Thomas, was at the Peppermill Hotel Resort
3  Casino, gambling and had been approched by security stateing
4  I had been previously 86'ed witch means trusspassed from
5  The property. He did a check on his walkie talkie
6  and then stated that he was going to detain me,
7  I then asked him not to put his hand's on me
8  and that i would volchtarily leave the property.
9  He then reached out to grab my arm and i pushed
10 him away from me and started to walk away;
11 after he came after me and i was the confronted
12 by another person who clamed to be security, but did not
13 have on security clothing, when he jumped in front of
14 me i punched him because I did not know if he
15 was a regular costomer or employee, Turning
16 to continue out of the casino. I became tripped
17 up, I fell on the floor, and once i hit
18 the ground, all the security personel jumped me,
19 I was being kicked, and punched, while i was
20 on my back, people were watching them beat
21 me like a Dog. after handcuffs where placed
22 on my wrist, i was drugg to the security office
23 and place in Restraints; and asked if i needed
24 medical attention.

Page Number ___

1  onece Remsa arrived on the sceen, Before i was
2  prace in the ambulance, THe paramedics were
3  shown the video of them assualting me, and
4  emediatly informed me that i was not supposed
5  to Be assualted like that and that i need
6  to Be transfered to Renown Hospital for observation
7
8
9  Once ~~I~~ was in the ambulance, my vitals were
10 Being checked, and i was then aproached By
11 Reno police Department and they aske me if
12 i wanted to press charges on the pepermill Hotel
13 Resort and Casino. i Stated that i Just wanted
14 to Be transfered to the Hospital for my injuries
15 ~~when I~~
16 ~~I~~ arrived at the Hospital, I was checked
17 out By a Doctor and told that i Had mutiple
18 Contusions and that He would get me some
19 pain medication, my Jaw was unable to open
20 and i Had Bumps and Bruises all over my ~~face~~.
21 after about twenty minutes I was asked By
22 security to leave the Hospital, That i Had Been
23 discharged with out recieving any pain meds, and
24 I was not givin a perscription for anthing
25 after i left the Hospital, my Discharge papers
26 stated that i Had mutiple Contusions.
27
28

Page Number ____

### D.     REQUEST FOR RELIEF

I believe I am entitled to the following relief: Personal Injury, Humiliation, Damages, loss of wages; Act of Terrorism, Cruel & Unusual punishment, Illegal Arrest,

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____          _____/s/_____
(name of person who prepared or helped                (signature of plaintiff)
prepare this complaint if not the plaintiff)

                                   March - 28 - 2023
                                        (date)

9

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                            *Server's signature*

                            _____
                                            *Printed name and title*


                            _____
                                            *Server's address*

Additional information regarding attempted service, etc:

[Print]   [Save As]                                                [Reset]